Good morning my name is Ben Coleman. I represent the appellant James Murphy I watch the clock and try to save a little bit of time- I was gonna take the issues in the order that they were briefed I'll start with the- closing argument. Claim I've been dressed the five fourteen counts and if I have any time also address the statute of limitations argument. With respect to the closing argument it's our position that the prosecutor- made an argument right at the very end of rebuttal when it's the last thing that the jurors here- that is in conflict with this court's precedent particularly United States versus sign- and the prosecutor at a told the jury that. In a prior trial Mr Murphy a testified in the federal judge who presided over that trial found that he was not a credible witness- didn't say that exactly right- it didn't say that exactly that's that's the implication of the statement yeah and the prosecutor I mean that's what the district judge found at the time and the prosecutor frankly admitted it at the time I mean it if you look at page sixty eight of the excerpts. When the prosecutors responding to the objection. What she says is so that evidence is in the record that he testified it's also clear that the judge found him guilty it's clear that what he found guilty of was making a false statement to a federal officer. To the extent that suggested the judge did not find him credible I think that is an accurate inference from the evidence in front of the jury. And that the prosecutor is agreeing that that's what she's trying to do. So I don't think there's really. A dispute there. To me and I think it's clearly improper under sign not to me the biggest issue as. As to this particular claim is the curative instruction. Did the curative instruction. Cure the prejudice that unfolded. And that's what I'm trying to explain to you. Is that we've cited some cases they're out of circuit cases that indicate that. A curative instruction just on an issue this important as to a testifying defendants credibility. That a curative instruction just doesn't do the trick here- and- you know justice Jackson many decades ago said. You know that it curative instructions are really an unmitigated fiction and frankly when you're- when you're doing a trial and you hear the curative instruction. You're almost cringing because it's just the exact same thing that. Was problematic is being repeated to the jury and they're being told not to. Not to pay attention to it so particularly when you're looking at the very end of the case- and this is a situation frankly where there's been repeated instances of problems with rebuttal closing arguments. Over the past few years- you know I think it's the type of situation where the court should say look we're- we're not going to tolerate it a curative instruction isn't going to suffice in this instance. I understand the attempt to link to some of those other cases but I find this pretty far cry from that this isn't something coming up for the first time in reply for example on rebuttal. I mean it it's a direct response to a position that's being taken on behalf of defendant that nobody would consider him or call him a liar. Sure you just can't do it they can respond and they can respond fairly you just can't respond unfairly. How's that frankly I'm not sure what's unfair about it I mean somebody called him a liar. Well the two things that are unfair are number one there was no evidence in the record that judge Wayland who had presided over the previous trial had found him to be an incredible witness he found him guilty that doesn't mean he found he was an incredible witness there was no evidence that he did. Could his testimony be squared with a guilty verdict? Sure I mean all the time I mean a judge block is presides over trials all the time I'm sure. I'll say in theory in this case given what he was charged with and tried for and what he testified to could it be the case that he spoke truthfully and still got convicted? That he spoke truthfully? No but that doesn't mean that he didn't say yeah what I said was not true he may have admitted yeah I said that it wasn't true. I felt nobody's claiming defendant admitted that he was a liar the statement to which the prosecution was responding was a statement nobody would call my client a liar but in fact he's got a history where people have considered him a liar have considered him not truthful and that that history is being brought to the table what's unfair about that? Well they could say that he was convicted of a false statement but they went further and said that the judge found he testified at the other trial and the judge found he was not a credible witness and there wasn't evidence of that but even if there were evidence this court's precedent says that's it it's an unduly prejudicial type argument that's what sign says so even if the court were to find it was a fair inference from the record it's still our position that it was an improper argument so for those reasons you know of course you know no two cases are exactly alike the point being that particularly in rebuttal argument which is a very powerful tool for the government they get the last word when this is one of the last things that the jurors hear it has a prejudicial impact with respect to the 514 counts we have two challenges to those counts the first is that there was insufficient evidence and the second was that the jury instructions were erroneous and I guess I'll start with the jury instructions first the government concedes I believe plain error here they concede that in a critical element of the offense was not instructed and they concede that the error was plain so we're really left with the third and fourth prongs of the plain error test and in this case if you take a look at these quote unquote let's start instead with the sufficiency of the evidence okay because aren't we you're you made a rule 29 motion and so we're looking under Jackson right and so we're saying taking the evidence in the light most favorable to the government since since they prevailed was there enough evidence that the jury a reasonable jury could conclude that these items were issued under the authority of the United States and so the first problem I had was I don't think we've ever construed that in the United States that the  items were issued under the authority of the United States has the Ninth Circuit have we ever construed that. I guess the closest thing it's a fairly new statute the closest thing is there's this case called United States versus how which where. Somebody presented- documents or that had presidential seals on them is specifically said they were federal reserve notes and in that context this court found that yes those were but we don't so so here when I look at the evidence- there's the government points to the notes a they're secured by Paulson Hank Paulson treasury secretary. There is a bond that says it was approved by Paulson there is a notice concerning a fiduciary relationship with a forged signature by- treasury secretary Paulson and so given the lack of any clear interpretation of that language why isn't that enough under the Jackson standard for a sufficiency of the evidence decision. Well I'm not I'm not sure I think the government has that's their characterization of what the note what I said was those those are actually there I mean you can look at the notes as it's secured by Paulson I mean the words are there in the documents. Well I think you have to you can pick out some of the words but then you also have to look at that it says they're private. Right under the Jackson standard we're to take all of the evidence in the light most favorable to the government so it's it's a very low bar for sufficiency so I understand the jury instruction issue I mean that that element was left out of the instruction but I'm I'm struggling with this sufficiency standard and whether a reasonable jury could understand that you know they they they were financial instruments purporting to bind the United States that the United States had created an account for Murphy I mean all of the the tax sovereignty things that we we see from time to time and why wasn't that enough under the Jackson standard. Well I would the one thing I would disagree with on the standard is that I don't think it's a low standard I mean certainly you draw inferences in favor of the government but it still must be proof beyond a reasonable doubt which is a fairly high standard or the highest in in in our in our law and the you know the drawing out of a few of these words here and there if the court finds it sufficient I guess that's why I started with the jury instruction issue that's obviously the court can make can draw those inferences in favor of the government says this is enough. You know I disagree. I think that when you look at the actual languages when there's nothing in the notes that say that there are federal notes like in Howick there's nothing in the notes that has you know presidential seals like in Howick they're just. So would you say that how would you if we had to decide and come up with an interpretation of what under the authority of the United States means how would you propose what what rule would you like us to articulate. The rule I think would be either it has those words under the authority of the United States. The words would the actual words would have to be here. Would help. I think Howick says that you know similar words like federal under federal authority I guess I mean that that those they said federal reserve notes that would be good enough. And you know presumably other type of indicia of federal what you would typically see I guess in a federal type note whether it's presidential seals or some type of picture of the U.S. courthouse in Pasadena or something like that. You know giving an indication that they're federal. I think that would be a standard to to employ. But if the court does find it sufficient I still think this is a debatable issue. I think jurors could look at this a reasonable juror could look at this and say very least it would go back to the jury to make that determination rather than for us to do this as a jury. Yes that it would be that you would send it back for retrial on those counts. You know we are asking for retrial on all the counts but at the very least retrial on those counts. For a new trial are you asking for an acquittal on that particular issue? Both. If we're first asking for the acquittal if the court disagrees then we're asking for the new trial. So so so the argument would be on the jury. So if we under the Jackson standard said there is the evidence was sufficient under that standard. But the argument would be that the jury instructions left out that part of the violation that element of the violation and the evidence certainly was not overwhelming that it was under the authority of the United States. We don't know what that means at this point. It's hard to say if there was overwhelming evidence of it. Precisely. Yes. And so then it would at least be a retrial. And you'd have to have a retrial on that. Yes. And I would also add and then I'll save the remaining time for rebuttal that these were the most serious counts that he was convicted of. They had the highest penalties. So we do think that while we asked the court to reverse all counts if the court only reverses on these counts there should at least be reversal for a new trial and potential resentencing because this these would be half the counts would go away. And there have been changes to the guidelines since he was originally sentenced that the court could at least consider at a resentencing. So we do think that if the court only reverses on these counts and again we urge all counts but only these counts that there should be reversal for either entry judgments of acquittal or a new trial and resentencing. And if there are no other questions I'll save the remaining time. You may do so. May it please the court. Daniel Zip on behalf of the United States. Your Honor the language is important in this case what the prosecutor actually said in closing argument not the spin the repeated assertions that the prosecutor got up and told the jury that the district court in this case made an adverse credibility finding. She never said that. What she said was three things that Mr. Murphy testified at his prior trial about his beliefs that he may have had those beliefs but at the end of the day he was found guilty of making a false statement to a federal officer and then after a further discussion of an unrelated credibility issue she circled back and said that at that first trial it was the judge who had to decide whether to believe him and to decide if he was guilty. But at this trial you are that judge and you are the ones that get to make that decision. All three of those statements are fully supported by the records and their direct comments on evidence that was presented to the jury. This is not a case where the prosecutor took those three facts created an inference from those and then argued that inference to the jury. She simply pointed out three things that are in the record and that's not prosecutorial misconduct. I have no problem with that personally. I know about my colleagues but I'm concerned about the under-authority. Obviously you acknowledge that this is an element that was in charge of the jury but consistent with Judge Akuta's inquiries can you tell me the evidence that you rely upon in the record to support the fact that there is sufficient evidence for a jury to make that determination under Jackson? What evidence do you rely upon to prove that indeed this was under the authority of the United States? Your Honor, the evidence is in two places. One, it's the face of the bonded promissory notes themselves that they state at the top, I believe it says USPS routing number supposedly indicating postal service. And then on three different locations throughout the document there's indications that it's issued under the routing through the Secretary of the Treasury and then the defendant's own name appears directly above Henry Paulson's name below. But these are payable to Paulson. He's the payee on these notes, right? They are. Not under his authority, he's the payee. It doesn't say that he's the one that's issuing the notes here. They're certainly confusing and it's sort of a quasi legal language that's difficult to understand. And it goes back for the jury to make that determination whether there should be an outright acquittal on that charge for lack of any evidence to support it. Your Honor, I would respond in two ways. One, in addition to the face of the bonded promissory notes themselves, there's also a cover letter that he submitted to the IRS that says that the Secretary of the Treasury has been instructed by a certified deposit order to deposit the accepted for value offers to expand funds. But that's his request. That doesn't have anything, it seems to me, to tell us, to inform us whether this was issued under the authority of the United States. He's making a request that it be deposited. He's one of these obvious tax, you know, people I guess, right? And this is payable to Paulson. I just don't see an awful lot here to support the argument that there is enough evidence to say that this was issued under the authority of the United States. And I think that's what a jury would have to decide. And we would have to decide that arguably as well. Well, and the second point on the missing jury instruction, Your Honor, is that the cases in which this court has found that the mere fact that an element is missing from instruction does not immediately lead to the error being not harmless. Essentially, you can have a harmless error even if there's a missing element. Well, the evidence is overwhelming, we've said, or words to that effect. But we're at this point, I think, still considering whether there's enough evidence that it wouldn't be an acquittal, as Judge Block mentioned. I mean, I noted also that, and I think it was mentioned in your brief, that one of the documents is signed by Henry Paulson as a forged signature, and there's other evidence to that effect. But why don't you tell us what, under the authority of the United States, means, in your view, since we've never interpreted it? Well, Your Honor, the Howick case, touched on it tangentially, but that was primarily focused on sort of the facial believability of the documents. I don't know what the overall rule should be, but in this specific case, when you have a defendant issuing a note routed through the Secretary of Treasury, indicating that it's supposed to be deposits instructed through the Secretary of Treasury, that that is enough in this case for it to at least be under the authority of. So demanding, because it's framed, most of the documents are framed as a demand, like writing a check on the secret account that's being held for him in the Treasury Department. So the Treasury Department in that would be like a bank, and he's drawing on the secret account that they're holding to him, if I'm understanding the sovereign citizen dogma correctly. So when I write a check on my bank, am I writing that check under the authority of City National Bank? I'm not sure, Your Honor. I know that in this case, obviously the payments, he's purporting for these payments to come from somewhere, to offset his debts to the United States. The money is coming from somewhere, and all the indications on the face of the record and on his cover letter are that the money is coming from Henry Paulson and from the Secretary of Treasury. It's not clear the language that he uses, but in this case, I think that the other salient point is that the defendant, this is a plain error review. The defendant never objected to the instruction when it was circulated, never objected when it was given, and critically, he never argued that this was issued under the authority of anyone else, or that the United States wasn't the issuing authority. As this court held in Garcia's Ulibarri, even when there's a missing element, in that case it was specific intent, when the defendant never challenges that, never puts in this case, if this defendant had stood up and made an issue of the authority for the document, and argued maybe it's a private note to maybe someone else besides the United States, that would be in a different situation. It's a plain error standard, we can review that. I'm going to go back to my firewife after I leave this wonderful company today, and I'm going to be a district court judge again in Brooklyn, and if I get a case where one of the elements is whether or not something was issued under the authority of the United States, how would I judge that? Is there any precedent out there? Are there any other cases you can point to? Any other circuits or district court judges who have shaped the charge? I have to give a charge. There's not, Your Honor, and I think that's the district court in this case... We would have Judge Gawker make it up for the first time. At the very least, it should include the requirement that it was issued under the authority, and... Well, actually that's the language, but how would I guide the jury into making that determination? Would I say they should consider a number of things, whether they comport with some sort of an issue of the authority or something? I have to make up some language here, right? Well, there's at least one case that, you know, in the district court in Alabama, I think. I don't know if you cited that in your briefs, but they took a very broad view of that. But are you familiar with, I think it's Turner? Not up hand, no, Your Honor. Okay. But you haven't come today with any suggestion about how we should interpret that? No, although I would say that, as I outlined in my brief, the sort of congressional history leading up to the passage of this new statute, which is relatively new, suggested that it was intended for specifically what happened here, sort of a tax protester using a document that bears a family resemblance to a legitimate document, and using that to submit to the IRS. And Section 514 isn't limited only to documents issued under the authority of the United States. It's under the authority of a range of... But that's all you charge, right? The indictment only says under the authority of the United States. Correct. But if the court were... So is that like a charging error, or... Well, just in response to the court's question of how, in a hypothetical future case, jury instruction should read in this case, it's more than just what's under the authority of the United States. It's a broad range, essentially under the authority... Up to the other's fit. It's authority of the United States, a foreign government, a state or other political subdivision in the United States, or an organization, which has me kind of adrift as to what that's supposed to mean. But is there any claim that the documents that issue here would fit any of those other categories? I don't think so. So it's not a question of a charging error. It's what does this mean? Is this supposed to be basically a counterfeit document-type statute covering somebody who prints up something that looks like a federal treasury note of some kind, or a bond? Or is it something aimed at this more unique creation of a document being given to the government in purported satisfaction of the individual's tax liability? You indicate you think it's intended for the latter, and why do you think so? Based on the limited congressional history that's in place, there were indications that this was meant to fill a gap in the counterfeit laws for this specific type of document, that you're not counterfeiting a U.S. dollar bill or counterfeiting an actual security. Well, there's no risk the government is likely to take this in satisfaction of its tax debt. The tax charges I understand. This charge, which is, when I first looked at the statute, looked at it more like a counterfeiting statute. I'm not sure I understand so much as what's the gap that this is trying to fill. What he's doing is trying to beat taxes. We got statutes for that. The fact that he's using this technique to try to beat taxes, is that additional harm? For instance, in the Howard case, he wasn't actually submitting them for tax purposes. The defendant had stacks of fake looking, not counterfeit U.S. documents, but things that were in that ballpark. That could not have been charged as a counterfeit charge because they weren't, didn't appear to be actual counterfeit dollar bills or other actual securities. The Congress intended this to cover documents like these that at least bear some family resemblance to something that looks legitimate. The final point on the missing jury instruction is that even if there were a reasonable probability that the outcome would have been different had the jury been instructed that you have to find this is under the authority of the United States, this is still under plain error review. This defendant, having not objected to the instructions... Not just plain error review, the failure to object. I don't understand the logic of what you're saying. We have to review this under the plain error standard. Correct. The point I was getting to is that under the fourth prong, this court, of course, has the discretion not to reverse. In this case, any confusion here arises from the defendant's own inscrutable quasi-legal language that he uses on here. This is not a situation where it would seriously affect the fairness, integrity, or public reputation of this court for a defendant to essentially sit on his hands, not object to this, not make any argument that these are issued under some authority other than the United States or that they're private, and then receive a reversal under plain error review. I can go to other specific areas. There's quite a few more issues. Is there something else you feel the need to speak to? You can otherwise. Just briefly, the statute of limitations in this case. This court has held that tax evasion under 7201 does not fit under the continuing offense doctrine of TUSI. This court in Workinger implicitly held that the statute of obstructing or corrupt interference with the IRS has a six-year statute of limitation, and that that doesn't begin to run when all of the elements are met. Then finally, as to the defendant's final false claim argument, his requested jury instruction is directly contrary to Ninth Circuit law. In any event, all of the evidence in the record shows that he was actually making a claim to the IRS for payment, as opposed to merely just an offset. Thank you. Thank you. Mr. Coleman? Just a couple of points on the 514 counts and the standard of review. I think the court is aware of this, but I just want to clarify. There was a timely Rule 29 motion made in the district court. The government just got up here and said this was never raised below. It was. Now, the jury instructions was not timely, and we're conceding that, and that's plain error as to the jury instructions. But as to the sufficiency of the evidence, a claim was made below. It was a timely claim, and this court has de novo review of that. This is like a generic Rule 29 motion? Was there anything focused on this particular issue? Yes, post-trial. This was specifically briefed, and in fact, we briefed the jury instruction issue post-trial as well. We said, look, I came in and I said, this element was not instructed. We think it was plain error, and you should grant a new trial on that. But I also made the Rule 29 motion and said there was no evidence of the under-authority element, and therefore, you should grant acquittal on those counts. So there were claims made below, and that just was not accurate. I have not looked at the Alabama case, and I will. Your Honor indicated that it gave a broad construction. I obviously would take the opposite tack and say that you should construe criminal statutes narrowly, particularly when you have maybe somewhat vague language. The court should be giving a narrow construction, not a broad construction. The government has made some references to legislative history. There's obviously a lot of debate about how much you should look at legislative history in construing the statute, but they really haven't pointed to anything specific to say that it covers this particular type of document. I would finally add that even in their comments today, the government said, well, the documents are unclear. If the documents are unclear, it's our position that it doesn't rise to beyond a reasonable doubt to support a conviction. And so we'd ask the court to either enter judgment sub acquittal or grant a new trial on those counts. Thank you. Thank you. We thank both counsel for your helpful arguments. The case just argued is submitted.
judges: Clifton, Ikuta, Block